UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Theresa Corcoran,<br><br>            Plaintiff,<br>v.<br><br>Windham Professionals Inc,,<br><br>            Defendant. | Civil Action No.:  3:09-cv-01445-PCD |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

    Plaintiff, Theresa Corcoran, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 3, 2009

                                          Respectfully submitted,

                                          By:  /s/ Sergei Lemberg
                                            Sergei Lemberg (Juris No. 425027)
                                            Lemberg & Associates, L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (877) 795-3666